AO91 (Rev. 12/03)  Criminal Complaint

United States Courts Southern District of Texas
FILED
*July 4, 2021*

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT

Southern District Of Texas  Corpus Christi Division

**UNITED STATES OF AMERICA**
vs.
Paz Bonnie JUAREZ-Barrientos

**CRIMINAL COMPLAINT**

Case Number: C-21-828M

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __July 03, 2021__ in __Brooks__ County, in the __Southern District Of Texas__ defendant(s)

Paz Bonnie JUAREZ-Barrientos, a native and citizen of Guatemala, and an alien who had been previously deported from the United States was found unlawfully within the United States in Falfurrias, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security for application for readmission into the United States,

in violation of Title __8__ United States Code, Section(s) __1326(a)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

On July 03, 2021, Border Patrol Agents encountered Paz Bonnie JUAREZ-Barrientos on the King Ranch, attempting to circumvent the United States Border Patrol Checkpoint near Falfurrias, Texas. Agents determined Paz Bonnie JUAREZ-Barrientos to be a citizen and national of Guatemala without any immigration documents that would allow him to enter or remain in the United States legally. Record checks revealed Paz Bonnie JUAREZ-Barrientos was ordered removed from the United States by an Immigration Judge on June 24, 2014 and was physically removed from the United States to Guatemala on May 9, 2018 via Phoenix, Arizona. Paz Bonnie JUAREZ-Barrientos stated he last entered the United States illegally on or about July 02, 2021 near Hidalgo, Texas.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:   ☒ Yes   ☐ No

Signature of Complainant

Ward, Aubrey    Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on

July 04, 2021                                   at   Corpus Christi, Texas
Date                                                  City/State

Julie K. Hampton            U.S. Magistrate Judge
Name of Judge               Title of Judge

Signature of Judge

CONTINUATION OF CRIMINAL COMPLAINT

# AFFIDAVIT
In support of Criminal Complaint

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| V. | |
| Paz Bonnie JUAREZ-Barrientos | Case Number: C-21-828M |

At this time, there is no evidence to indicate Paz Bonnie JUAREZ-Barrientos has applied for re-admission into the United States by the United States Attorney General or the Secretary of the Department of Homeland Security. RGV North Prosecutions presented the facts to the Assistant United States Attorney's Office which accepted the case for prosecution of 8 USC 1326, Re-entry after Deportation.

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on 4th day of July, 2021

Signature of Judicial Officer

Ward, Aubrey   Border Patrol Agent
Signature of Complainant